No. 84–293.  FERNEDING v. CONSOLIDATED RAIL CORPORATION ET AL.  Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–5217.  ROBINSON v. THOMPSON, GOVERNOR OF ILLINOIS, ET AL.  Appeal from C. A. 7th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–278.  STAGNER, DBA WEST ROUTE TRADING CO. v. WYOMING STATE TAX COMMISSION ET AL.  Appeal from Sup. Ct. Wyo. dismissed for want of substantial federal question.

No. —— ——.  ONETT v. UNITED STATES; and
No. —— ——.  TROPIGAS, S. A. v. ANDERSON ET AL.  Motions to direct the Clerk to file the petitions for writs of certiorari that do not comply with the Rules of this Court denied.

No. —— ——.  NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. v. TOWN OF HILTON HEAD ET AL.  Motion to direct the Clerk to file the jurisdictional statement that does not comply with the Rules of this Court denied.  JUSTICE STEVENS and JUSTICE O'CONNOR would grant the motion.

No. A–169 (84–372).  FRIEDRICH v. UNITED STATES.  C. A. 10th Cir.  Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–178.  RUCKELSHAUS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY v. UNION CARBIDE AGRICULTURAL PRODUCTS CO., INC., ET AL.  D. C. S. D. N. Y. Application for stay, presented to JUSTICE MARSHALL, and by him referred to the Court is granted, and the District Court's judgment in 79 Civ. 2913(RO) enjoining operation of § 3(c)(1)(D) [of the Federal Insecticide, Fungicide, and Rodenticide Act] is stayed pending disposition of the appeal.